

Michael Van Zee (pro se)
351 Mission Ridge Rd.
Fallbrook Ca. 92028
mjvanzee@aol.com
Phone (760) 390-1383

Attorneys for Defendant
Dykema Gossett LLP
Ashley R. Fickel (SBN) 237111
333 South Grand Ave. Ste. 2100
Los Angles, Ca. 90071
Phone (213) 457-1800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

REQUEST FOR VOLUNTARY MOTION TO DISMISS

MICHAEL VAN ZEE          case no.
    Plaintiff            3:16-cv-00252-CAB-JLB

V.

CALIFORNIA RECONVEYANCE
COMPANY AND ALBERTELLI LAW
AND JPMORGAN CHASE BANK
N.A. DBA "CHASE"
    Defendants

Date   April 17, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

April 17, 2016

Case No.3:16-cv-00252-CAB-JLB

Michael Van Zee (pro se)
    Plaintiff
V.
California Reconveyance and
Albertelli Law JPMorgan Chase Bank
N.A. DBA "Chase"

I'm submitting this letter to the Office of the Clerk of the Federal Court for the purpose of filing a motion of Notice to Voluntarily Dismiss my Civil Complaint, filed Feb. 01, 2016, Case number as follows;
'16 CV0252 CAB NLS. I am requesting this case be dismissed without prejudice as the sole Plaintiff, Pro Se, because I am financially unable to retain council as planned when filing the complaint. I am hopeful that the issues raised in the complaint can be resolved without a civil action or, if required, addressed at a later date with the assistance of qualified legal council which I had hoped to have secured by this time, but cannot.
In requesting assistance from The Office of the Clerk of The Federal Court, I was informed no federal form exists to accomplish the submission of this request, other than a letter to the court. If this document is inappropriate or incomplete please advise me and I will resubmit my

2

request in the manner required.
Thank you for your assistance in this matter,
Michael Van Zee, Plaintiff (pro se)
351 Mission Ridge Rd.
Fallbrook, Ca. 92028
mjvanzee@aol.com
760-390-1383

*Michael Van Zee 4/20/16*

Michael Van Zee, Plaintiff *in Propria Persona*
351 Mission Ridge Lane
Fallbrook, California 92028

## UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

MICHAEL VAN ZEE

    PLAINTIFF

v.                                                                                    CASE NO. 3-16-CV 00252-
                                                                                                        CAB-JLB
CALIFORNIA RECONVEYANCE COMPANY AND
ALBERTELLI LAW AND JPMORGAN CHASE
BANK, N.A. DBA "CHASE"

    DEFENDANTS
_____/

### CERTIFICATE OF SERVICE

    I Michael Van Zee hereby certify that a true and correct copy of the foregoing was duly served upon each of the named defendants at the addresses stated herein, via first class mail on this ___ day of March, 2016.

✱ CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Ave # 100
Chatsworth, CA 91311

✱ ALBERTELLI LAW
9200 Oakdale Avenue
Chatsworth, CA 91131

JPMORGAN CHASE BANK, N.A. DBA "CHASE"
1111 Polaris Parkway
Columbus, OH 43240
By: *[signature] Michael Van Zee*   4/20/16

✱ THESE TWO DEFENDANTS IN ORIGINAL COMPLAINT WERE SERVED WITH SUMMONS. THE TWO SUMMONS WERE RETURNED TO PLAINTIFF (SERVER), AS "UNDELIVERABLE" AS A RESULT OF NO LONGER IN BUSINESS.

**FL-335**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael VAN Zee (proper) <br> 351 Mission Ridge Rd <br> Fallbrook CA 92038 <br> TELEPHONE NO.: 760-390-1393   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): mjvanzee@aol.com <br> ATTORNEY FOR (Name): | |

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PETITIONER/PLAINTIFF: Michael Van Zee (pro se) | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: JPMorgan Chase Bank, NA | 3:16-CV-00252-CAB-JLB |
| | (if applicable, provide): |
| | HEARING DATE: |
| **PROOF OF SERVICE BY MAIL** | HEARING TIME: |
| | DEPT.: |

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 351 Mission Ridge Rd Fallbrook CA. 92028

3. I served a copy of the following documents (specify): Request for voluntary Motion to DISMISS

   by enclosing them in an envelope AND
   a. [X] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Ashley R. Fickel, Attorney for Defendant
   b. Address: 333 S. Grand Ave. Ste 2100 Los Angles, CA 90071
   c. Date mailed: 4-20-16
   d. Place of mailing (city and state): Fallbrook CA

5. [ ] I served a request to modify a child custody, visitation, or child support judgment or permanent order which included an address verification declaration. *(Declaration Regarding Address Verification—Postjudgment Request to Modify a Child Custody, Visitation, or Child Support Order* (form FL-334) may be used for this purpose.)

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4-20-16

Sydney Van Zee
(TYPE OR PRINT NAME)

▶ *Sydney Van Zee*
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
FL-335 [Rev. January 1, 2012]

**PROOF OF SERVICE BY MAIL**

Code of Civil Procedure, §§ 1013, 1013a
www.courts.ca.gov